# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

ROBERT GAY, :

           Plaintiff,

  -vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

           Defendant. :

Case No. 3:11-cv-26

District Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

## ORDER

On Stipulation of the parties (Doc. No. 18), it is hereby ordered that Plaintiff be, and he hereby is, awarded attorney fees and expenses under the Equal Access to Justice Act in the amount of $3,797.64. It is further ordered that said fees and expenses be paid directly to his attorney in this matter.

February 15, 2012.                    *s/THOMAS M. ROSE*

                                                                 Thomas M. Rose
                                                United States District Judge